NO. 07-06-0038-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 13, 2006

______________________________

SHERYL D. ATWOOD, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM COUNTY COURT AT LAW NO. 2 OF LUBBOCK COUNTY;

NO. 2002-478,973; HONORABLE DRUE FARMER, JUDGE

_______________________________

Before REAVIS and CAMPBELL and HANCOCK, JJ.

MEMORANDUM OPINION

Pending before this Court is appellant Sheryl D. Atwood’s motion to dismiss her appeal.  Pursuant to Rule 42.2(a) of the Texas Rules of Appellate Procedure, the request to withdraw the notice of appeal is signed by appellant.  No decision of this Court having been delivered to date, the motion is granted.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Don H. Reavis

    Justice

Do not publish.